**Opinion filed January 27, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00144-CV

_____

## IN THE INTEREST OF S.P.M., A CHILD

**On Appeal from the 318th District Court**
**Midland County, Texas**
**Trial Court Cause No. FM66016**

### M E M O R A N D U M   O P I N I O N

This is an appeal from a final decree of divorce in which the trial court appointed the parents as joint managing conservators of S.P.M. and gave the father the exclusive right to designate the primary residence of S.P.M. The mother filed a notice of appeal on July 8, 2021. Appellant's brief was originally due to be filed in this court on or before November 17, 2021. On December 1, the clerk of this court notified Appellant that her brief was past due and that this court, on its own motion, had granted an extension to December 8. On December 16, the clerk of this court again notified Appellant that her brief was past due and granted another extension on the court's own motion. In the December 16 letter, we informed Appellant that

the failure to file her brief in this court on or before December 27, 2021, could "**result in dismissal of the appeal**." *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). On January 10, 2022, we sent a similar notice, again extending the due date on the court's own motion, and we informed Appellant that the failure to file her brief or a motion for extension in this court on or before January 20, 2022, may "**result in this appeal being dismissed for want of prosecution**." *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

As of this date, Appellant has not filed a brief or a motion for extension. Based upon Appellant's failure to prosecute this appeal in a timely manner, we conclude that this appeal should be dismissed. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM

January 27, 2022

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2